No. 940. EZRA *v.* LAMONT ET AL. June 3, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Robert F. Greacen* for petitioner. *Mr. Jerome S. Hess* for respondents.

No. 950. KELLY *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter P. Luck* for petitioner. *Solicitor General Reed* and *Mr. Amos W. W. Woodcock* for the United States.

No. 978. ESLICK *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lee Douglas* for petitioner. *Solicitor General Reed* and *Mr. Amos W. W. Woodcock* for the United States.

No. 967. CENTURY ELECTRIC Co. *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Chester A. Bennett* and *Roy M. Eilers* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for the United States.

No. 975. BALLOU ET AL. *v.* DAVIS, RECEIVER, ET AL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr.*